IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**WILLIE GAMMON**                                                        **PLAINTIFF**

**V.**                           **2:07CV00148-WRW**

**ARKANSAS HIGHWAY TRANSPORTATION**
**DEPARTMENT, et al.**                                         **DEFENDANTS**

### ORDER

Pending are Defendants' Motion to Compel (Doc. No. 20) and Plaintiff's Motion to Strike (Doc. No. 22).

Because Defendants' discovery request combined interrogatories, requests for production, and requests for admissions in the same document, the discovery request is not in compliance with the Federal Rules of Civil Procedure. Accordingly, Plaintiff's Motion to Strike is GRANTED and Defendants' Motion to Compel is DENIED.

IT IS SO ORDERED this 10th day of October, 2008.

                                                            /s/Wm. R. Wilson, Jr.
                                            UNITED STATES DISTRICT JUDGE