**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**March 2, 2009**

Mr. Jimmie L. Wilson
521 Plaza Street
West Helena, AR 72390

      Re: *Gammon v. Arkansas State Highway & Transportation Department et al.*,
      2:07-CV-000148-WRW

Dear Counsel:

I have received Defendants' Motion to Dismiss, which was filed on February 13, 2009, and it appears to be well taken.

I assume that since you have not filed a response,[1] you agree with Defendants' position. If you choose not to respond by noon on Friday, March 6, 2009, I will grant the motion.

                              Cordially,

                              /s/ Wm. R.Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record

---

[1] The response was due on Friday, February 27, 2009.