**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**April 20, 2009**

Ms. Angela R. Dodson
Mr. David S. Long
Arkansas State Highway & Transportation Department
Post Office Box 2261
Little Rock, AR 72203-2261

 Re: *Gammon v. ASHTD et al.*, 2:07-CV-00148-WRW

Dear Ms. Dodson and Mr. Long:

I have received Defendants' Motion for Summary Judgment (Doc. No. 38) and Plaintiff's response.[1]

It appears that Plaintiff is not entitled to any disability retirement because Plaintiff "withdrew all his retirement thereby losing any right to apply for disability retirement."[2] Additionally, I previously ruled[3] that Plaintiff is not entitled to any monetary damages even though Plaintiff continues to make this argument.[4]

However, I would like Defendants to tell me (with appropriate summary judgment evidence in support)[5] why there is not a genuine issue of material fact in dispute with respect to Plaintiff's claim for injunctive relief. Plaintiff contends that he was wrongfully terminated from employment in violation of federal law.[6]

If they so choose, Defendants may file a reply briefing this issue by 5:00 p.m. on Friday, April 24, 2009. Plaintiff should respond by 5:00 p.m. on Friday, May 1, 2009.

            Cordially,

            /s/ Wm. R.Wilson, Jr.

Original to the Clerk of the Court
cc: Other Counsel of Record

---

[1] Doc. No. 45.

[2] Doc. No. 39 (citing Exhibit 2).

[3] See Doc. No. 19.

[4] See Doc. No. 46.

[5] Defendants simply state "[d]ue to the above facts, Mr. Gammon cannot possibly be entitled to any prospective injunctive relief as there is no evidence of any harm in the past . . . ." Doc. No. 46.

[6] Doc. No. 46.