# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**WILLIE GAMMON**                                                                                      **PLAINTIFF**

**v.**                                         **2:07-CV-00148-WRW**

**ARKANSAS STATE HIGHWAY
& TRANSPORTATION DEPARTMENT,** *et al.*                          **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order entered this date, Judgment is hereby entered dismissing this case in its entirety.

IT IS SO ORDERED this 8th day of May, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE